IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONTEY REMONE PANNELL,  )  <br>        Petitioner,                    )      Civil Action No. 7:17cv00042 <br>                                              ) <br> v.                                          ) <br>                                              )      By: Elizabeth K. Dillon <br> COMMONWEALTH OF VIRIGNIA,  )      United States District Judge <br>        Respondent.                  ) | |

**MEMORANDUM OPINION**

By order entered February 2, 2017, the court conditionally filed Pannell's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. In the conditional filing order, the court ordered Pannell to either pay the filing fee or apply to proceed *in forma pauperis*. The court advised Pannell that failure to comply with the court's order within twenty days would result in the dismissal of his petition without prejudice. Pannell filed an amended petition and requested an extension of time concerning financial arrangements. The court granted Pannell an extension, but he did not respond to the court's order concerning financial arrangements.

Inasmuch as the time to respond has passed and Pannell has failed to comply with the court's order, the court will dismiss this action without prejudice. Pannell may re-file his claims in a separate action.

An appropriate order will be entered.

Entered: July 19, 2017.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge