IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONTEY REMONE PANNELL,      )<br>    Petitioner,                                  )<br>                                                      )<br>v.                                                        )<br>                                                      )<br>COMMONWEALTH OF VIRIGNIA, )<br>    Respondent.                             ) | Civil Action No. 7:17cv00042<br><br>By: Elizabeth K. Dillon<br>United States District Judge |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that this action is DISMISSED without prejudice and STRICKEN from the active docket of the court.

The Clerk is directed to provide a copy of this order and the memorandum opinion to Pannell.

Entered: July 19, 2017.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge